**96-131.** Lemaster v. Radcliff. *Pickaway County*, No. 95CA25. This cause is pending before the court as an appeal from the Court of Appeals for Pickaway County. It appears from the records of this court that appellant has not filed a merit brief, due March 4, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 20, 1996.

**96-137.** State v. Logan. *Franklin County*, No. 90AP-1309. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief or notice of adoption of memorandum as brief, due February 27, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 20, 1996.

*Monday, March 25, 1996*

## MOTION DOCKET

**95-1703.** Nehls v. Quad K Advertising. *Cuyahoga County*, No. 67358. This cause is here on appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint motion to stay further proceedings pending a ruling on the joint motion to remand appeal to implement settlement,

IT IS ORDERED by the court that the motion to stay further proceedings be, and hereby is, granted.

**96-439.** State v. Mays. *Cuyahoga County*, No. 67262. On motion for appeal bond. Motion denied.

**96-617.** State v. Habash. *Summit County*, No. 17073. On motion for appeal bond. Motion denied.

**96-650.** State ex rel. Greer v. Parrott. In Mandamus. On motion for stay of execution. Motion denied.

DOUGLAS, J., would also dismiss the cause as not a proper subject for mandamus.

MOYER, C.J., and RESNICK, J., dissent and would grant an alternative writ.